■ NORMANDY OWNERS CORP., Respondent, v AQUARIUS INTERNATIONAL REALTY ASSOCIATES et al., Appellants, et al., Defendants. [662 NYS2d 250] —Order, Supreme Court, New York County (Louise Gruner Gans, J.), entered May 6, 1997, unanimously affirmed for the reasons stated by Gans, J., without costs and disbursements. We note the statements of

438

appellate counsel at oral argument that this matter may be ripe for summary adjudication. No opinion. Concur—Milonas, J. P., Rosenberger, Wallach, Nardelli and Rubin, JJ.